No. 76–206.  CONLEY *v.* SAWYER, *ante,* p. 999;

No. 76–381.  CONLEY *v.* HAMPTON, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL., *ante,* p. 1000; and

No. 76–5530.  STEPHENS *v.* GEORGIA, *ante,* p. 986.  Petitions for rehearing denied.

## JANUARY 24, 1977

No. 76–649.  AMERADA HESS CORP. ET AL *v.* FAHY, JUDGE, U. S. COURT OF APPEALS, ET AL.  C. A. D. C. Cir.  Motion for leave to file petition for writ of certiorari and other relief dismissed under this Court's Rule 60.

## JANUARY 25, 1977

No. 76–764.  BOWEN, GOVERNOR OF INDIANA, ET AL. *v.* GARY-NORTHWEST INDIANA WOMEN'S SERVICES, INC., ET AL. Affirmed on appeal from D. C. N. D. Ind.

No. 76–459.  COMMUNICATIONS WORKERS OF AMERICA *v.* WESTERN ELECTRIC CO., INC., ET AL.; and

No. 76–478.  COLORADO DEPARTMENT OF LABOR AND EMPLOYMENT ET AL. *v.* WESTERN ELECTRIC CO., INC., ET AL. Appeals from Sup. Ct. Colo. dismissed for want of substantial federal question.  MR. JUSTICE BRENNAN and MR. JUSTICE STEWART would note probable jurisdiction and set cases for oral argument.

No. 76–852.  OATMAN *v.* STATE TAX COMMISSION.  Appeal from App. Div., Sup. Ct. N. Y., 3d Jud. Dept., dismissed for want of jurisdiction.